No. 1215, Misc. PERRY v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 1222, Misc. ARGUELLO v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1225, Misc. DANIELS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Anthony P. Nugent, Jr.,* for the United States.

No. 1226, Misc. NOYES v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 1227, Misc. SANTOS v. WILSON, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 1231, Misc. GLASS v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1236, Misc. VILLARINO v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 1238, Misc. SIMON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 1241, Misc. LAWRENCE v. PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.